IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY HOMES LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JIMMY SMITH,<br><br>    Defendant.<br>_____ / | No. C 16-03412 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    The Court has reviewed the report and recommendation of Magistrate Judge Kandis A. Westmore and agrees that this unlawful detainer action, which was improperly removed to federal court, should be remanded to state court (Dkt. No. 6). No objections were filed in response to the report. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge Westmore. This action is hereby **REMANDED** to Contra Costa County Superior Court. The clerk shall please **CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: July 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE